**IT IS ORDERED as set forth below:**



**Date: October 20, 2020**

_Paul Baisier_
_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | |
| KAREN MICHELE LEE, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | CASE NO. 19-63674-PMB |
| | : | |
| WILLIAM J. LAYNG, Jr. Trustee | : | CONTESTED MATTER |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| KAREN MICHELE LEE, | : | |
| MTGLQ INVESTORS, LP, | : | |
| TOWNE PARK PLACE MASTER | : | |
| ASSOCIATION, INC., | | |
| CAVALRY SPV I, LLC | : | |
| Respondents. | : | |

**ORDER GRANTING TRUSTEE'S MOTION FOR
COURT APPROVAL OF THE SALE OF REAL ESTATE FREE AND CLEAR OF
LIENS**

1

The above styled case came before the Court on the *Trustee's Motion for Authority to Sell Property of the Estate Free and Clear of All Liens, Interests and Encumbrances* filed with the Court on September 24, 2020 (Doc. No. 54) and set for hearing on October 19, 2020. The Motion seeks an order from the Court authorizing the sale of that certain improved real property known commonly as 3609 Parkridge Lane, Duluth, GA 30096 ("Property") to Thomas H. Wimberly for a sale price of $265,000.00 in accordance with the terms of the purchase and sale agreement attached to the Motion as an Exhibit.

At the hearing there were no objects announced to the Motion and no responses were filed in opposition to the Motion. Therefore, it is hereby

**ORDERED** that Trustee's Motion is **GRANTED**. It is further

**ORDERED** that Trustee is authorized and directed to take any and all actions necessary or appropriate to consummate the sale of the Property; executed, perform, consummate, implement, and close fully the sale together with all additional instruments and documents that may be reasonably necessary; and execute and perform all of the obligations of Trustee under the sale agreement. It is further

**ORDERED** that this Order shall be binding upon all creditors (whether known or unknown) of Debtor, Purchaser, Trustee, the Bankruptcy Estate, and their respective successors, assigns, affiliated, and subsidiaries.  It is further

**ORDERED** that upon consummation of the closing of the sale, the Property shall be transferred and assigned to Purchaser free and clear of all liens, claims, interests, and encumbrances. It is further

**ORDERED** that the sale of the Property to Purchaser is "as is", "where is", and without representation or warranty, express or implied, from Trustee. It is further

**ORDERED** that, under Fed. R. Bankr. P. 6004(h), this Order shall be effective and enforceable immediately upon entry, and its provisions shall be self-executing. In the absence of any person or entity obtaining a stay pending appeal, Trustee and Purchaser are free to close the sale of the property at any time, at which time the gross sale proceeds Shall be paid to trustee pursuant to this Order, and those disbursements requested by Trustee in the sale motion are authorized to be made by Trustee or his closing attorney.

**[END OF DOCUMENT]**

Prepared by:

_____/s/_____
William J Layng, Jr. Bar No. 441550
WILLIAM J. LAYNG, JR. P.C.
2451 Cumberland Pkwy, Site 3477
Atlanta, Georgia 30339-6157
404-276-4749
blayng@wlaynglaw.com

3

**DISTRIBUTION LIST**

United States Trustee
Room 362 Russell Fed Bldg
75 Ted Turner, Dr. SW
Atlanta, GA 30303
Alpharetta, GA 30009

Karen Michele Lee
3609 Parkridge Lane
Duluth, GA 30096

Shannon Charlmane Worthy
Stanton and Worthy, LLC
547 Ponce De Leon Avenue NE
Suite 150
Atlanta, GA 30308

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Bryce Noel
Aldridge Pite, LLP
Attorneys for MTGLQ Investors, LP
Rushmore Loan Management Services
Fifteen Piedmont Center
3575 Piedmont Rd, Suite 500
Atlanta, GA 30303

Towne Park Place Master Association, Inc.
1230 Johnson Ferry Place
Ste F10
Marietta, GA 30068-2045

Benjamin P. Ost
Dorough & Dorough, LLC
Attorney for Towne Park Place Master Assoc, Inc.
160 Clairemont Ave
Suite 650
Decatur, GA 30030

4

Cavalry SPV I, LLC
Attn: Patrick Coscette
VP, Bankruptcy
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595


WILLIAM J. LAYNG, JR., P.C.
2451 Cumberland Parkway, Suite 3477
Atlanta, Georgia 30339

5